**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| LADONNA MAUL, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Case No.: 3:19-cv-1215-SMY-RJD |
| | ) | |
| TATE & KIRLIN ASSOCIATES, INC. | ) | |
| | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

COMES NOW, Plaintiff, by and through undersigned counsel, and Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice to this court that the above-captioned action is dismissed with prejudice against Defendant.

Dated: March 3, 2020

Respectfully Submitted,

**HALVORSEN KLOTE**

/s/ Samantha J. Orlowski
Samantha J. Orlowski, #72058
680 Craig Road, Suite 104
St. Louis, MO 63141
P: (314) 451-1314
F: (314) 787-4323
sam@hklawstl.com

*Counsel for Plaintiff*